IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
COLUMBIA DIVISION

| | |
|---|---|
| LARRY PAYNE, | ) |
| | ) |
| Plaintiff, | ) Case No. 1:14-cv-00144 |
| | ) Senior Judge Haynes |
| v. | ) |
| | ) |
| KAREN ORTON, et al, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

In accordance withe the Memorandum filed herewith, the Defendants' motion for summary judgment (Docket Entry No. 98) is **GRANTED**. Plaintiff's amended motion to dismiss the Defendants' motion for summary judgment (Docket Entry No. 127) is **DENIED**.

Accordingly, this action is **DISMISSED without prejudice.** Any appeal of this Order would not be in good faith as required by 28 U.S.C. § 1915(a)(3).

This is the Final Order in this action.

It is so **ORDERED**.

**ENTERED** this the 27th day of September, 2016.

WILLIAM J. HAYNES, JR.
Senior United States District Judge

14